FILED

2019 DEC 16 PM 3:43

U.S. MAGISTRATE JUDGE

BY_____



# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:19-mj-950-NJK |
|---|---|
| PLAINTIFF, | SEALED ORDER |
| VS. | |
| ALLEN WARREN MILLER, | |
| DEFENDANT. | |

FILED 2019 DEC 16 PM 3:43

In making its probable cause determination, the Court reviewed a copy of images referenced in the affidavit. The Court **ORDERS** those images to be sealed. The Court **INSTRUCTS** the Clerk's Office to maintain the sealed copy of those images, along with a copy of the Complaint, in a secured, locked location within the Clerk's Office.

IT IS SO ORDERED.

DATED this 16th day of December 2019.

Honorable Nancy J. Koppe
United States Magistrate Judge

1